**Jason L. DIEDRICH, Plaintiff—
Appellant,**

v.

**CITY OF NEWPORT NEWS, VIRGI-
NIA; Edgar E. Maroney, individually
and as City Manager of the City of
Newport News; Dennis A. Mook, indi-
vidually and as Chief of Police of the
Newport News Police Department, De-
fendants—Appellees.**

No. 04–2399.

United States Court of Appeals,
Fourth Circuit.

Submitted April 1, 2005.

Decided April 15, 2005.

Jason L. Diedrich, Appellant pro se.
Allen Link Jackson, Deputy City Attorney,
Newport News, Virginia; Stanley Graves
Barr, Jr., Shepherd Dean Wainger, Kauf-
man & Canoles, Norfolk, Virginia, for Ap-
pellees.

Before WILKINSON, MICHAEL, and
GREGORY, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

Jason L. Diedrich appeals the district
court's order denying his attorney's motion
to withdraw as counsel and awarding at-
torney fees to the City of Newport News.
We have reviewed the record and find no
reversible error. Accordingly, we affirm
for the reasons stated by the district court.
*See Diedrich v. City of Newport News,* No.
CA–04–9 (E.D.Va. filed Nov. 29, 2004; en-
tered Nov. 30, 2004). We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED*